UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HOWARD COHAN,

Plaintiff,

v.                                                                Case No: 6:24-cv-1194-JSS-RMN

CT HIX ORLANDO LLC,

Defendant.
_____/

### ORDER

Plaintiff filed a Notice of Voluntary Dismissal seeking to dismiss this action. (Dkt. 10.)  Upon review of the docket, Defendant has not filed an answer or motion for summary judgment in this matter.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *PTA-FLA, Inc. v. ZTE USA, Inc.*, 844 F.3d 1299, 1307 (11th Cir. 2016) ("According to the plain text of Rule 41(a)(1)(A)(i), only the filing of an answer or a motion for summary judgment terminates a plaintiff's ability to voluntarily dismiss its claims without a court order.").  Accordingly, this action is **DISMISSED without prejudice**.  Any pending motions are denied as moot.  The Clerk is directed to terminate any pending deadlines and thereafter close this case.

**ORDERED** in Orlando, Florida, on July 19, 2024.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record